UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Bankr. Case No. 10-71596-RLE-13

JESSICA C. BRIDGES  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.
> PO Box 183853
> Arlington, TX 76096

> AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.
>
> /s/ James Hogan, Jr.
> By_____
>
> James Hogan, Jr.
> PO Box 183853
> Arlington, TX 76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 11, 2010 :

| | |
|---|---|
| CORRINE BIELEJESKI<br>1 KAISER PLAZA 480<br>OAKLAND, CA  94612 | MARTHA G BRONITSKY<br>PO BOX 5004<br>HAYWARD, CA  94540 |

By  /s/ James Hogan, Jr._____
James Hogan, Jr.

xxxxx36712 / 586379