```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                          Case No. 10-71596 RLE

**JOHN MELVIN BRIDGES and**                         Chapter 13
**JESSICA CECILIA BRIDGES,**
                    **Debtors.**                   **MOTION TO MODIFY CHAPTER 13 PLAN**
_____/

   The above-named debtors applyto the court for an order to modify their Chapter 13 Plan as follows:

   Debtors shall surrender the 2001 Volvo to A-L Financial.

   Commencing February 2014, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

   Upon the entry of the Order modifying plan the automatic stay pursuant to 11 U.S.C. Section 365 shall be terminated as to A-L Financial.

   The modification is sought on the following grounds: Debtors' expenses have increased.

Dated: February 12, 2014

                                        /s/ Anne Y. Shiau
                                        ANNE Y. SHIAU
                                        Attorney for Debtors