Entered on Docket
March 07, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed March 7, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                     Case No. 10-71596 RLE

**JOHN MELVIN BRIDGES and**                Chapter 13
**JESSICA CECILIA BRIDGES,**
                                           ORDER MODIFYING CHAPTER 13 PLAN
          Debtors.
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on February 12, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the 2001 Volvo to A-L Financial.

Commencing February 2014, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Upon the entry of the Order modifying plan the automatic stay pursuant to 11 U.S.C. Section 365 shall be terminated as to A-L Financial.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'